United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AUDREY DICKSON-WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:24-cv-322 |
| | § | |
| STONEY CLEMENT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The plaintiff and the only remaining defendant, Stoney Clement, have advised the court that they have reached a settlement. Minute Entry 06/24/2025. Accordingly, the court orders that all claims against Clement in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Friday, August 29, 2025, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Friday, August 29, 2025.

Signed on Galveston Island this 25th day of June, 2025.

Jeff Brown
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE