IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AUDREY DICKSON-WALKER | § | |
| *Plaintiffs*, | § | Civil Action No. 3:24-CV-00322 |
| v. | § | |
| | § | |
| STONEY CLEMENT and RAY | § | |
| NOLAN, | § | |
| *Defendant*. | § | |

PLAINTIFF'S UNOPPOSED STIPULATION
TO DISMISSAL OF ALL CLAIMS

In accordance with Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff stipulates dismissal, with prejudice, of all claims in this litigation.

CERTIFICATE OF CONFERENCE

1. All parties have conferred, and no Defendant opposes the relief sought herein.

GROUNDS FOR RELIEF

2. Plaintiff no longer pursues any claim in this litigation.

3. Defendants filed a responsive pleading.

4. No Defendant opposes the stipulated dismissal, with prejudice.

5. This case is not a class action, and a receiver has not been required nor appointed.

6. The parties agree that the costs of court, including attorney fees, will be borne by the party incurring the same.

7. The parties have conferred, and no Defendant opposes the relief sought herein.

PRAYER

8. For the foregoing reasons, Plaintiff prays the Court enter an Order dismissing, with prejudice, all claims asserted in this lawsuit, with court costs including attorneys' fees being borne by the party incurring the same.

Respectfully submitted,
By:*/s/James P. Roberts*
James P. Roberts
PALMER PERLSTEIN
15455 Dallas Parkway, Suite 540
Addison, Texas 75001

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I electronically filed the foregoing document using the CM/ECF system and sent a copy of the foregoing to all counsel of record in accordance with the ECF local rules.

William S. Helfand
Bill.Helfand@lewisbrisbois.com
Norman Ray Giles
Norman.Giles@lewisbrisbois.com
Jatoriyae Dupree-Jones
Jatoriyae.Dupree-Jones@lewisbrisbois.com

OF COUNSEL:

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (fax)

Attorneys for Defendant
Stoney Clement