IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AUDREY DICKSON-WALKER | § | |
| *Plaintiffs*, | § | Civil Action No. 3:24-CV-00322 |
| v. | § | |
| | § | |
| STONEY CLEMENT and RAY NOLAN, | § | |
| *Defendant.* | § | |
| | § | |

ORDER OF DISMISSAL

Plaintiff's unopposed Stipulation to Dismissal of All Claims is before the Court. The Court accepts the stipulation and **ORDERS** that all claims in this case are dismissed, with prejudice, with each party bearing its own costs of court.

SIGNED at Galveston, Texas, this __ day of July ______, 2025.

______________________________
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE